**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

July 9, 2019

<u>VIA ECF</u>
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, 17B
New York, New York 10007

      RE: *United States v. Henry Perez*
         *1:19 Cr 880 (RMB)*

Honorable Justice Berman;

  I, Dawn M. Florio, attorney at law, represent Henry Perez on the above case matter. I am requesting that Henry Perez be allowed to travel from New York on July 14, 2020 to California and return July 17, 2020 to attend business meetings with Universal Music Group and their marketing department.

  I have reached out to Pre-trial Supervisor Dayshawn Bostic and AUSA Michael Neff and they both have no objection to Mr. Perez traveling for Business. I apologize for any inconvenience this has cause. I am requesting that this application be acknowledged and considered today, so he can attend.

_Application granted, on consent._

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

SO ORDERED:
Date: 7/10/2020
*Richard M. Berman*
Richard M. Berman, U.S.D.J.