UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

HENRY PEREZ,
ASHLEY GOMEZ,
                Defendants.
------------------------------------------------------------X

19 CR. 880 (RMB)

**ORDER**

The status conference scheduled for Tuesday, September 29, 2020 at 12:30 PM will be held telephonically.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0880

Dated: September 24, 2020
       New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                                 U.S.D.J.