**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,
                          Government,

                                                                    19 CR. 880 (RMB)

        -against-
                                                                    **ORDER**

HENRY PEREZ,
ASHLEY GOMEZ,
                          Defendants.
-------------------------------------------------------------X

        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled

for March 18, 2021 at 10:00 is being held telephonically pursuant to the CARES Act and

applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0880

Dated: March 12, 2021
        New York, NY

                                                    _Richard M. Berman_
                                                    _____
                                                    RICHARD M. BERMAN
                                                    U.S.D.J.