**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

June 2, 2021

<u>VIA ECF</u>
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, 17B
New York, New York 10007

          RE:    *United States v. Henry Perez*
                  *1:19* Cr *880 (RMB)*

Honorable Justice Berman;

    I, Dawn M. Florio, attorney at law, represent Henry Perez on the above case matter. I am requesting that Henry Perez be allowed to travel from Newark Airport on June 5, 2021 to Miami and return June 9, 2021.

    I have reached out to Pre-trial Supervisor Dayshawn Bostic and AUSA Michael Neff and they both have no objection to Mr. Perez traveling for Business. I apologize for any inconvenience this has cause. I am requesting that this application be acknowledged and considered today, so he can attend.

Application granted on consent.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

SO ORDERED:
Date: 6/3/21
Richard M. Berman, U.S.D.J.