**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 Government,

      -against-

HENRY PEREZ,

                Defendants.

-------------------------------------------------------------X

19 CR. 880 (RMB)

**<u>ORDER</u>**

      The Court will hold a conference in this case on Thursday, July 15, 2021 at 11:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0880

Dated: July 9, 2021
      New York, NY

_____
      RICHARD M. BERMAN
          U.S.D.J.