**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

HENRY PEREZ,
                Defendants.
-----------------------------------------------------------X

19 CR. 880 (RMB)

**ORDER**

      The conference previously scheduled for Thursday, July 15, 2021 at 11:30 AM is hereby rescheduled to Thursday, August 19, 2021 at 9:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0880

Dated: July 13, 2021
       New York, NY

                                                                       _/s/ Richard M. Berman_
                                                                      RICHARD M. BERMAN
                                                                         U.S.D.J.