**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
*DawnMFlorio@yahoo.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/21

July 15, 2021

*VIA ECF*
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, 17B
New York, New York 10007

RE:     *United States v. Henry Perez*
        *1:19 Cr 880 (RMB)*

Honorable Justice Berman;

I, Dawn M. Florio, attorney at law, represent Henry Perez on the above case matter. I am requesting that Henry Perez be allowed to travel from Newark Airport on July 16, 2021 to Portland, Oregon and return July 18, 2021.

I have reached out to Pre-trial Supervisor Dayshawn Bostic and AUSA Michael Neff and they both have no objection to Mr. Perez traveling. I apologize for any inconvenience this has cause. I am requesting that this application be acknowledged and considered today, so he can attend.

Permission to travel
granted on consent.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

SO ORDERED:
Date: 7/15/21     Richard M. Berman
                  Richard M. Berman, U.S.D.J.