UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

         19 CR. 880 (RMB)

  -against-

**ORDER**

HENRY PEREZ,
                Defendants.
------------------------------------------------------------X

The conference previously scheduled for Thursday, August 19, 2021 at 9:30 AM is hereby rescheduled to 10:00 AM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0880

Dated: August 13, 2021
       New York, NY

                                      RICHARD M. BERMAN
                                           U.S.D.J.