**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

> **Application granted.**
>
> SO ORDERED:
> Date: 9/3/21
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

<u>VIA ECF</u>
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, 17B
New York, New York 10007

            RE:    *United States v. Henry Perez*
                   <u>1:19 Cr 880 (RMB)</u>

Honorable Justice Berman;

    I, Dawn M. Florio, attorney at law, represent Henry Perez on the above case matter. I am requesting that Henry Perez be allowed to travel from Newark Airport, Today-September 3, 2021 to Los Angeles, CA and return September 7, 2021. Mr. Perez will abide by all COVID-related rules/policies during the trip, including those relating to travel.

    I have reached out to AUSA Michael Neff and Pre-trial Supervisor Dayshawn Bostic, in which they both have no objection to Mr. Perez traveling for Business. I apologize for this last-minute request and any inconvenience this will cause. I am requesting that this application be acknowledged and considered today, so he can attend.

                                               Sincerely,

                                               Dawn M. Florio

                                               Dawn M. Florio, Esq.

CC:    AUSA Michael Neff
           Pre-trial Supervisor Dayshawn Bostic