**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

HENRY PEREZ,
     Defendants.
------------------------------------------------------------X

19 CR. 880 (RMB)

**ORDER**

 In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, September 30, 2021 at 2:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

 Participants, members of the public and the press can use the following dial-in information:

 USA Toll-Free Number: (877) 336-1829
 Access Code: 6265989
 Security Code: 0880

Dated: September 23, 2021
   New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.