**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                                    19 CR. 880 (RMB)

              -against-
                                                                    **ORDER**

HENRY PEREZ,
                              Defendants.
------------------------------------------------------------X


      The proceeding previously scheduled for Thursday, September 30, 2021 at 2:00 PM is hereby rescheduled to Monday, October 4, 2021 at 11:30 AM and is converted to a change of plea hearing.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0880


Dated: September 27, 2021
      New York, NY


                                                            _Richard M. Berman_
                                                _____
                                                    RICHARD M. BERMAN
                                                            U.S.D.J.