UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                 19 CR. 880 (RMB)

   -against-

                                                              **ORDER**

HENRY PEREZ,
               Defendants.
-------------------------------------------------------------X

       The plea hearing previously scheduled for Monday, October 4, 2021 at 11:30 AM is hereby rescheduled for 3:00 PM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0880

Dated: September 29, 2021
       New York, NY

                                                                     _____
                                                                     RICHARD M. BERMAN
                                                                         U.S.D.J.