**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

March 1, 2022

<u>VIA ECF</u>
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, 17B
New York, New York 10007

        RE: *United States v. Henry Perez*
           <u>1:19 Cr 880 (RMB)</u>

Honorable Justice Berman;

  I, Dawn M. Florio, attorney at law, represent Henry Perez on the above case matter dated for March 9, 2022, for sentencing.

  I have reached out to AUSA Michael Neff and he consents to the request of adjourning Mr. Perez's case for a 30-day adjournment because I am currently on a 2018 Murder Trial in the Bronx. We agreed on the following dates of March 31, April 4 or April 5 as long as these dates work for the court. I apologize for any inconvenience this has cause the government. I am requesting that this application be acknowledged and considered.

  Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

---

Application granted. Sentencing is adjourned to April 12, 2022 at 11:00 AM.

SO ORDERED:
Date: 3/2/22
*Richard M. Berman*
Richard M. Berman, U.S.D.J.