**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                19 CR. 880 (RMB)

    -against-

                                                                                                **ORDER**

HENRY PEREZ,
                Defendants.
------------------------------------------------------------X

The sentencing scheduled for Tuesday, April 12, 2022 at 11:00 AM will be held in Courtroom 17B.

Dated: April 6, 2022
        New York, NY

                                                         */s/ Richard M. Berman*
                                                         RICHARD M. BERMAN
                                                              U.S.D.J.